S.D.N.Y.-N.Y.C.
11-cr-929
Engelmayer, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of June, two thousand fourteen.

Present:
> Guido Calabresi,
> Denny Chin,
> Raymond J. Lohier, Jr.,
>     *Circuit Judges*.

---

United States of America,

> *Appellee*,

v.　　　　　　　　　　　　　　　　　　　　　　　13-1669

Inocenci Ortega,

> *Defendant*,

Luciano Mendez-Rojas,

> *Defendant-Appellant*.

---

The Government moves to dismiss Appellant's appeal as barred by the waiver of appellate rights contained in his plea agreement. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is DISMISSED. Appellant has not demonstrated that the waiver of his appellate rights is unenforceable under *United States v. Gomez-Perez*, 215 F.3d 315, 319 (2d Cir. 2000).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk



SAO-SMH